# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JADWINGER SINGH, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-01546-SAB<br><br>ORDER VACATING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 16)<br><br>SIXTY-DAY DEADLINE |

On February 28, 2019, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action. (ECF No. 16.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within sixty (60) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**February 28, 2019**__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE